**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6004**

———————————

ROBERT U. BRABSON, JR.,

                                 Petitioner - Appellant,

     versus

JAMES S. GILMORE, III, Governor; RONALD J.
ANGELONE, Director, Department of Corrections,

                                 Respondents - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-99-555)

———————————

Submitted:  February 23, 2001     Decided:  March 27, 2001

———————————

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert U. Brabson, Jr., Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Brabson appeals the magistrate judge's order[*] denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Brabson v. Gilmore, No. CA-99-555 (E.D. Va. Dec. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)(1) (1994).